| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **BOS Innovations, Ltd.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA  **Blacklight.com**  DBA  **Ultraviolet Distributing** |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **52-2069813** |
| **4.** | **Debtor's address** | **Principal place of business**  **26735 W Commerce Drive Suite 705 Volo, IL 60073-9658**  Number, Street, City, State & ZIP Code  **Lake**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **BOS Innovations, Ltd.** _____ Case number (*if known*)_____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | District | When | Case number |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **BOS Innovations, Ltd.**      Case number (*if known*) _____
    *Name*

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| **14.** | **Estimated number of creditors** | ☐ 1-49<br>■ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| **15.** | **Estimated Assets** | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>■ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **BOS Innovations, Ltd.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 12, 2018**
MM / DD / YYYY

**X** **/s/ Troy Grow**                **Troy Grow**
Signature of authorized representative of debtor    Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ David R. Brown**            Date **March 12, 2018**
Signature of attorney for debtor              MM / DD / YYYY

**David R. Brown**
Printed name

**Springer Brown, LLC**
Firm name

**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone  **630-510-0000**     Email address  **www.springerbrown.com**

**3122323**
Bar number and State

Debtor  BOS Innovations, Ltd.  Case number (if known)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/09/2018
             MM / DD / YYYY

X _____     Troy Grow
  Signature of authorized representative of debtor     Printed name

Title  President

**18. Signature of attorney**

X _____     Date  3/9/2018
  Signature of attorney for debtor          MM / DD / YYYY

David R. Brown
Printed name

Springer Brown, LLC
Firm name

300 S. County Farm Road
Suite I
Wheaton, IL 60187
Number, Street, City, State & ZIP Code

Contact phone  630-510-0000     Email address  www.springerbrown.com

3122323
Bar number and State

# United States Bankruptcy Court
### Northern District of Illinois

In re  **BOS Innovations, Ltd.**  
Debtor(s)

Case No. _____  
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **89**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **03/09/2018**

Troy Grow/President  
Signer/Title

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **BOS Innovations, Ltd.**                                         Case No.
Debtor(s)                                                                 Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept                $     **2,665.00**
   Prior to the filing of this statement I have received      $     **2,665.00**
   Balance Due                                                $         **0.00**

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 12, 2018**                                           **/s/ David R. Brown**
*Date*                                                        **David R. Brown**
                                                              *Signature of Attorney*
                                                              **Springer Brown, LLC**
                                                              **300 S. County Farm Road**
                                                              **Suite I**
                                                              **Wheaton, IL 60187**
                                                              **630-510-0000   Fax: 630-510-0004**
                                                              **www.springerbrown.com**
                                                              *Name of law firm*

# United States Bankruptcy Court
## Northern District of Illinois

In re: **BOS Innovations, Ltd.**
Debtor(s)

Case No.
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **84**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 12, 2018**

**/s/ Troy Grow**
**Troy Grow**/**President**
Signer/Title

ADT Security Services
3190 S. Vaughn Way
Aurora, CO 80014

Amazon Capital Services, Inc.
P.O. Box 84837
Seattle, WA 98124

Amazon Payments, Inc.
P.O. Box 80683
Seattle, WA 98108

American DJ
6122 S. Eastern Ave.
Los Angeles, CA 90040

American Express BMA
Box 0001
Los Angeles, CA 90096

American Express Gold Card
Box 0001
Los Angeles, CA 90096

American Express Plum Card
Box 0001
Los Angeles, CA 90096

American Express Travel Services
18850 North 56th Street
Phoenix, AZ 85054

Antares Enterprises
10838 Bloomfield Ave.
Santa Fe Springs, CA 90670

Bank of America Business
P.O. Box 15796
Wilmington, DE 19886

Bank of America Plat
P.O. Box 15796
Wilmington, DE 19886

Bank of America Points
P.O. Box 15796
Wilmington, DE 19886


Bayco
640 S. Sanden Blvd.
Wylie, TX 75098


Brian Schoening
1995 Wildwood Ln.
Hanover Park, IL 60133


Capital One, F.S.B.
P.O. Box 6492
Carol Stream, IL 60197


CCC of New York
34 Seymour Street
Tonawanda, NY 14151-0288


Channel Advisor
3025 Carrington Mill Blvd., Ste. 50
Morrisville, NC 27560


Chase Business Card
P.O. Box 1423
Charlotte, NC 28201


Chauvet & Sons Inc.
5200 NW 108th Ave.
Fort Lauderdale, FL 33351


CitiBusiness Card
P.O. Box 78045
Phoenix, AZ 85062


CNA Insurance
P.O. Box 790094
Saint Louis, MO 63179


Comcast Business
P.O. Box 3001
Southeastern, PA 19398

ComEd
P.O. Box 6111
Carol Stream, IL 60197


Consolidated Marking
7220 W Wilson Ave
Harwood Heights, IL 60706


Damar Worldwide
P.O. Box 151
Aurora, MO 65605


Dept of Treasury
Denver, CO 80203


Director of Employment Security
I.D.E.S.
P.O. Box 19300
Springfield, IL 62794


Ebay Inc.
2025 Hamilton Ave.
San Jose, CA 95125


Echo Global Logistics
22168 Network Place
Chicago, IL 60673-1221


Employers Assurance Co.
14120 Ballantyne Corp Pl
Ste. 100
Charlotte, NC 28277


Feit Electric Company
4901 Gregg Rd.
Pico Rivera, CA 90660


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Franklin Screenprinting
4620 Indianwood Road
Clarkston, MI 48348

```
GC Services
6330 Gulfton
Houston, TX 77081


Gepotex
Ziegelhuttenweg 3
Emskirchen, Germany


Google Adwords
34 Seymour St.
Tonawanda, NY 14150


Great Lakes Flocking LLC
N173 W21280 NW Passage Way
Jackson, WI 53037


Hansen Associates, Inc.
888 E. Belvidere Rd.
Suite 317
Grayslake, IL 60030


IBM Corporation
P.O. Box 643600
Pittsburgh, PA 15264


Illinois Department of Revenue
Bankrupotcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Illinois Dept of Employment Securit
Bankruptcy Unit Collection Subdivis
33 South State Stree, 10th Floor
Chicago, IL 60603-2808


Internal Revenue Service
PO 7346
Philadelphia, PA 19101-7346


International Imaging Materials Inc
310 Commerce Drive
Buffalo, NY 14228


JPMorgan Chase Bank, N.A.
```

Kabbage Business Loan Account
P.O. Box 77081
Atlanta, GA 30357

Knechtel, Demeur & Samlan
525 West Monroe
Suite 2360
Chicago, IL 60661

L & J Global
533 Meryl Ct.
Monroe Township, NJ 08831

M.K. Brody & Company, Inc.
2415 Braga Drive
Broadview, IL 60155

Microsoft BING Ads
6100 Neil Road, Ste. 100
Reno, NV 89511

Neal, Gerber & Eisenberg LLP
28987 Network Place
Chicago, IL 60673

Nicor Gas
P.O. Box 2020
Aurora, IL 60507

On Deck Capital
901 N. Stuart St., Suite 700
Arlington, VA 22203

Paymentech, LLC
P.O. Box 809001
Dallas, TX 75380

PayPal Working Capital
P.O. Box 5018
Lutherville Timonium, MD 21094

PayPal, Inc.
2211 North First Street
San Jose, CA 95131

```
Pricefalls, LLC
6325 S. Rainbow Blvd.
Suite 430
Las Vegas, NV 89118


R+L Carriers, Inc.
600 Gillam Road
Wilmington, OH 45177


Ready Refresh by Nestle
#215 6661 Hwym, Ste. 4
Louisville, KY 40258


RingCentral
1400 Fashion Island Blvd., Ste. 700
San Mateo, CA 94404


RMS
PO Box 361595
Columbus, OH 43236


Rust-Oleum Corporation
11 Hawthorn Parkway
Vernon Hills, IL 60061


SeiShou Worldwide Inc.
24325 Crenshaw Blvd.
Unit 249
Torrance, CA 90505


Skacel, Inc.
PO Box 88110
Seattle, WA 98138-9813


SLI Systems
1010 Metro Drive
Suite 230
San Jose, CA 95110


Sprint
P.O. Box 629023
El Dorado Hills, CA 95762
```

Stamar Packaging
10 N. Mitchell Ct.
Addison, IL 60101


Staples Business Advantage
3140 Colley Rd.
Beloit, WI 53511


Transworld Systems, Inc.
500 Virginia Drive
Suite 514
Fort Washington, PA 19034


Troy Grow
2237 Sherman Avenue
North Chicago, IL 60064


Twitter, Inc.
1355 Market Street
San Francisco, CA 94103


ULINE
2200 S. Lakeside Dr.
Waukegan, IL 60085


United HealthCare
UHS Premium Billing
P.O. Box 94017
Palatine, IL 60094


United Parcel Service
Lockbox 577
Carol Stream, IL 60132


UPS Expedited Mail Services
700 Keystone Industrial Park Rd
Throop, PA 18512


UPS Mail Innovations
28013 Network Place
Chicago, IL 60673


UVP, Inc.
2066 W. 11th St.
Upland, CA 91786

```
Volo Commerce, LLC
210 E. Station Street
Suite 2
Barrington, IL 60010


Volo Commerce, LLC
31632 N. Ellis Drive
Unit 105
Volo, IL 60073


Walmart
185 Hudson Street, Ste. 1710
Jersey City, NJ 07302


Waste Management
2625 W. Grandview Road
Phoenix, AZ 85023


Wildfire, Inc.
2908 Oregaon St. RM G1
Torrance, CA 90503


Windham Professionals
382 Main Street
Salem, NH 03079-2412


Zippo Manufacturing Company
P.O. Box 264
33 Barbour Street
Bradford, PA 16701


Zwicker & Associates
PO Box 9013
Andover, MA 01810
```